BEFORE THE THIRD DIVISION, MARCH 14, 1939

**No. 40827.**—Protest 829088–G of Kwan On Chong (Cleveland).

Opinion by EVANS, J.   On the authority of Abstract 32553 the dried lily flowers in question were held dutiable at 35 percent under paragraph 775 as claimed.